**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT AND WITHDRAWAL OF ABATEMENT ORDER

Appellate case name:     Ismael Aguilar Alarcon v. The State of Texas

Appellate case number:   01-14-00760-CR

Trial court case number:  1225411

Trial court:             185th District Court of Harris County

We abated this case by order of February 12, 2015 due to a failure of appellant to file a compliant brief. A compliant brief was filed by appellant on February 12, 2015.

Accordingly, we **WITHDRAW** our February 12, 2015 order of abatement and reinstate this case on the Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
          ☑ Acting individually    ☐ Acting for the Court

Date: February 13, 2015